978

No. 87–1371. RIVERA v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 87–1395. LEADY ET VIR v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–1402. CLODFELTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–1442. AUIDI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 87–5843. PROSDOCIMO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–5917. SIMDRAM v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 87–6094. McCOY v. CREST. C. A. 4th Cir. Certiorari denied.

No. 87–6108. JAMES v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 87–6118. BEST v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 87–6145. TURNER v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–6164. CALICCHIO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–6209. BROWN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 87–6277. BEATTIE v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 87–6326. VEALE ET AL. v. EGGERT. Sup. Ct. N. H. Certiorari denied.

No. 87–6328. SCOTT v. GARRAGHTY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–6333. ROBERTS v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.